UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INC., etc., ) | Case No. 05-CV-2195-H (JMA) |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| SOMC GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The Court convened a telephonic Case Management Conference on September 27, 2006 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **October 27, 2006** at **9:00 a.m.** Counsel for each party shall participate in the conference. The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 27, 2006

Jan M. Adler
U.S. Magistrate Judge

05cv2195